Page 1

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Ogunlana, Richard

Printed: 02/03/09

Case Number: 05 B 11247
Judge: Wedoff, Eugene R
Filed: 3/28/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: December 11, 2008
Confirmed: July 7, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 10,508.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 8,398.30 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,550.00 |
| Trustee Fee: |  | 546.53 |
| Other Funds: |  | 13.17 |
| Totals: | 10,508.00 | 10,508.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Bryan Tiller | Administrative | 1,550.00 | 1,550.00 |
| 2. | RoundUp Funding LLC | Unsecured | 1,586.86 | 985.06 |
| 3. | Resurgent Capital Services | Unsecured | 625.62 | 376.09 |
| 4. | RoundUp Funding LLC | Unsecured | 2,169.96 | 1,347.02 |
| 5. | Resurgent Capital Services | Unsecured | 9,166.61 | 5,690.13 |
| 6. | Countrywide Home Loans Inc. | Secured | | No Claim Filed |
| 7. | Home Depot | Unsecured | | No Claim Filed |
| 8. | Capital One | Unsecured | | No Claim Filed |
| 9. | J C Penney Card Bank N.A. | Unsecured | | No Claim Filed |
| 10. | Internal Revenue Service | Unsecured | | No Claim Filed |
| 11. | Providian | Unsecured | | No Claim Filed |
| 12. | AT&T | Unsecured | | No Claim Filed |
| 13. | Capital One | Unsecured | | No Claim Filed |
| | | | $ 15,099.05 | $ 9,948.30 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 3% | 21.96 |
| 5.5% | 162.08 |
| 5% | 57.44 |
| 4.8% | 81.79 |
| 5.4% | 168.73 |
| 6.5% | 54.53 |
| | $ 546.53 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Ogunlana, Richard | Case Number: 05 B 11247 |
| | Judge: Wedoff, Eugene R |
| Printed: 02/03/09 | Filed: 3/28/05 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*/s/ Mach*